PREET BHARARA
United States Attorney for the
Southern District of New York
BY:  KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:  (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                **SATISFACTION OF JUDGMENT**

                              Plaintiff,          15 CR 766 (GWG)

                  - v. -

JASON GROSS,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

          Satisfaction is acknowledged between United States of America, plaintiff, and
Jason Gross, defendant, for the fine in the amount of $2,000.00 and the special assessment in the
amount of $25.00 amounting in all to the sum of $2,025.00.  Judgment entered in the Judgment
Book of the United States District Court for the Southern District of New York on the 16th day of
March 2016.

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

                              By:   _____
                                        KATHLEEN A. ZEBROWSKI
                                        Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

          On the 27th day of September 2016, before me personally came KATHLEEN A.
ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me
known, and known to me to be the individual described in and who executed the foregoing
instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 19